# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-3043
_____

JOSEPH MICHAEL DAVIS,

Petitioner,

v.

THE CRIMINAL JUSTICE SYSTEM
OF ESCAMBIA COUNTY, FLORIDA,
et al.,

Respondents.

_____

Petition for Writ of Mandamus—Original Jurisdiction.

December 29, 2023

PER CURIAM.

DENIED.

ROBERTS, ROWE, and RAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Joseph Michael Davis, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondents.